IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | Criminal No. 03-72 |
| MICHELLE HARRIS,<br>Defendant | ) | |

Order

CONTI, District Judge.

AND NOW, this 14th day of August, 2007, defendant Michelle Harris ("defendant Harris") has filed a pro se motion seeking that this court make available transcripts from court proceedings in the above-entitled case and asserting that she is unable to obtain them through her court-appointed counsel and that without them she will be unable to prepare a section 2255 motion. (Doc. No. 891). The Government has filed a Response in Opposition arguing that defendant Harris' motion should be denied because the plain language of 28 U.S.C. § 753(f) provides that a section 2255 petitioner is not entitled to transcripts free of cost until the petitioner has filed a section 2255 motion, citing United States v. Horvath, 157 F.3d 131, 132-33 (2d Cir. 1998) (holding that a motion for a free transcript pursuant to section 753(f) is not ripe until a section 2255 motion has been filed). (Doc. No. 892).

The Government is correct. Defendant Harris' motion for transcripts is hereby DENIED WITHOUT PREJUDICE to her ability to file a motion for transcripts if she files a section 2255 motion.

        By the court:

        <u>/s/ Joy Flowers Conti</u>
        Joy Flowers Conti
        United States District Judge

cc:    Counsel of Record

        Michelle Harris
        07687068
        FCI Danbury
        Federal Correctional Institution
        Route 37
        Danbury, CT  06811